**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

| | |
|---|---|
| JERICH USA, INC. | ) CASE NO. 1:23-cv-24515-KMW |
| | ) |
| Plaintiff, | ) JUDGE: Kathleen M. Williams |
| | ) |
| vs. | ) |
| | ) |
| ACE TRANSPORT MIAMI, LLC | ) |
| | ) |
| Defendant. | |

_____________________________________/

**DEFENDANT, ACE TRANSPORT MIAMI LLC'S MOTION FOR**
**EXTENSION OF TIME TO RESPOND TO COMPLAINT**

COMES NOW, Defendant, ACE TRANSPORT MIAMI LLC, a Florida limited liability company, (herein the "Defendants"), pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and moves this Court for an enlargement of time to serve its response to Plaintiff's Complaint and states as follows:

1. Defendant's response to Plaintiff's complaint is due on December 28, 2023.

2. Undersigned counsel has been retained concurrent with the date of this motion.

3. Due to pre-planned travel during the intervening holidays by Defendant's counsel, Defendant's counsel needs an extension of time to prepare Defendant's response to the complaint and hereby respectfully requests an enlargement of time through January 18, 2024 to file said response.

4. Pursuant to Local Rule 7.1.A.3(a), undersigned counsel has conferred in good faith with Plaintiff's counsel and Plaintiff's counsel does not object to the granting of an enlargement of time through January 18, 2024.

5. This is Defendant's first request for extension of time in this matter.

6. As of the date of this motion, the Court has not entered a scheduling order in this matter.

7. Defendant's counsel has made this request in good faith necessity and not for dilatory purposes.

WHEREFORE, Defendant, ACE TRANSPORT MIAMI LLC, respectfully requests this Court grant an enlargement of time to respond to Plaintiff's complaint through January 18, 2024 together with any and all additional relief this Court may deem just and proper.

Dated: December 26, 2023

By: /s/ Michael Cosculluela
Michael Cosculluela, Esq,
FBN 189480
Attorney for Defendant,
ACE Transport Miami LLC
14261 Commerce Way, Suite 205
Miami Lakes, Florida 33016
Phone: (305) 828-1909
Fax: (305) 503-6795
E-mail: mcosculluela@cmpalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on December 26, 2023 on all counsel or parties of record on the Service List below.

/s/ Michael Cosculluela
Michael Cosculluela

**SERVICE LIST**

Counsel for the Plaintiff
Justin M. Lovdahl, Esq. (FL No. 1008836)
Eric Larson Zalud, Esq.
Clare R. Taft, Esq.
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
127 Public Square, Suite 4900
Cleveland, OH 44114
Tel: (216) 363-4500
Fax: (216) 363-4588
Email: jlovdahl@beneschlaw.com
Email: ezalud@beneschlaw.com
Email: ctaft@beneschlaw.com